UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 14-1201-PJW | Date | March 21, 2018 |
|---|---|---|---|
| Title | Sarai Urdez Navarro, et al v. County of Riverside, et al. | | |

| Present: The Honorable | Patrick J. Walsh, United States Magistrate Judge |
|---|---|

| Isabel Martinez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**        Order to Show Cause for Mr. Roger Clark

        In opposing Defendants' summary judgment motion, Plaintiffs attached a declaration from their police practices expert Mr. Roger Clark, which the Court read and considered when it denied Defendants' motion. In the declaration, Mr. Clark lists a number of cases and claims that the courts relied on his expertise in reaching their decisions in those cases. Defendants claim that this was a misrepresentation. The Court finds that the allegation warrants further scrutiny. Mr. Clark is ordered to submit a declaration no later than April 20, 2018, addressing Defendants' allegations. In doing so, for each claim identified (*see* attached excerpt from Defendants' Motion in Limine) Mr. Clark should set forth Defendants' allegation and his response to the allegation.

_____ : _____

Initials of Preparer    IM